NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARLTON A. RAMEY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3183

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100735-I-1.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge.*

## ORDER

Carlton A. Ramey moves for leave to proceed in forma pauperis and for an extension of time to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

(2) The motion for an extension of time is granted. Ramey's brief is due within 45 days of the date of filing of this order.

FOR THE COURT

SEP 0 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Carlton A. Ramey
Sara B. Rearden, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK